# ELECTRONIC RECORD

COA # 05-09-01368-CR          OFFENSE: MURDER

STYLE: Hall, John Edward v. The State of Texas          COUNTY:

COA DISPOSITION: AFFIRM          TRIAL COURT:

DATE: 04/11/2011          Publish: NO     TC CASE #:

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Hall, John Edward v. The State of Texas          CCA #: **012-15**

_____PRO SE_____ Petition          CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:

_____REFUSED_____          JUDGE:

DATE: 04/22/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**